UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No. 12-255 (EGS) |
| | : | |
| KEVIN BLACK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby asks to adopt its previously filed sentencing memorandum (ECF #194) with the following change: in light of the new adjusted calculated guideline range of 25/III, or 70-87 months, the government asks the Court to sentence the defendant to 70 months incarceration, consistent with the addendum to the original plea agreement, accepted by the Court on November 20, 2015.

Respectfully submitted,

CHANNING PHILLIPS
United States Attorney

By:     /s/
DARLENE M. SOLTYS
MAGDALENA ACEVEDO
Assistant U.S. Attorneys
U.S. Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-7013
Magdalena.Acevedo@usdoj.gov